**Jose Angel MAZARIEGOS–DIAZ, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71345.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 12, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Suzanne B. Friedman, Esq., Law Offices of Suzanne B. Friedman, San Francisco, CA, for Petitioner.

Regional Counsel, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Richard M. Evans, Esq., Office of Immigration Litigation, Joan E. Smiley, Esq., DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before GOODWIN, WALLACE and MCKEOWN, Circuit Judges.

MEMORANDUM **

Jose Angel Mazariegos–Diaz, a native and citizen of Guatemala, petitions for review of the decision of the Board of Immigration Appeals affirming pursuant to 8 C.F.R. § 3.1(a)(7) without opinion an immigration judge's deportation order and denial of his applications for asylum and withholding of deportation. Petitioner's contention that the BIA's streamlining regulations violate an alien's right to due process and are void for vagueness is foreclosed by *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 850–52 (9th Cir.2003) (holding that the BIA's streamlining procedure does not violate an alien's due process rights).

PETITION FOR REVIEW DENIED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3. The court *sua sponte* changes the docket to reflect that John Ashcroft, Attorney General, is the proper respondent. The Clerk shall amend the docket to reflect the above caption.